UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KING KOIL LICENSING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SILVER REST SLEEP PRODUCTS, LLC; BRENTWOOD HOME, LLC, <br><br> Defendants. | Case No. 8:18-cv-01246-JLS-JDE <br><br> ORDER GRANTING STIPULATED PROTECTIVE ORDER |

Having reviewed the Parties' Stipulated Protective Order (Dkt. 35), and good cause appearing therefor, the Court hereby grants and enters the Stipulated Protective Order (Dkt. 35) as an order of the Court.

Dated: February 01, 2019

JOHN D. EARLY
United States Magistrate Judge

-1-